Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  15−21818−KCF
                    Chapter:  7
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kenneth D. Boothe Jr.
    30 Red Fox Road
    Freehold, NJ 07728

Social Security No.:
    xxx−xx−1360

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:       9/15/16
Time:      02:30 PM
Location:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Bunce Atkinson, Esq.
Attorney for Trustee

COMMISSION OR FEES
$2,994.00

EXPENSES
$22.50

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 27, 2016
JJW:

                                                James J. Waldron
                                                Clerk

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                        Case No. 15-21818-KCF
Kenneth D. Boothe, Jr.                                                        Chapter 7
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Jul 27, 2016
                              Form ID: 137                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2016.
db            +Kenneth D. Boothe, Jr.,    30 Red Fox Road,    Freehold, NJ 07728-8165
515866575      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515584184     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
515584185    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
515839124      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515584187     +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515941806      Citibank, N.A.,    c/o Quantum3 Group LLC,    PO Box 280,    Kirkland, WA 98083-0280
515584191     +Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
515584192     +Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
515584194     +NJ Motor Vehicle Commission,    PO Box 160,    Trenton, NJ 08666-0160
515584195      NJSVS,    PO Box 4850,    Trenton, NJ 08650-4850
515584203     +P N C,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
515584196     +PaySmart USA,    400 International Parkway, Suite 150,    Lake Mary, FL 32746-5069
515584197     +Richard M. Squire & Associates, LLC,    One Jenkintown Stataion,    115 West Avenue, Suite 104,
                Jenkintown, PA 19046-2031
515584198     +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
515887028      Surcharge Administrative Office,    POB 136,    Trenton, NJ 08666-0136
515584199     +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
515584200     +Trans Union Corporation,    Public Records Department,    555 West Adams St.,
                Chicago, IL 60661-3631
515584201     +Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive, Suite 550,
                Saint Charles, MO 63304-2225
515911209      Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA 50306-0438
515584202     +Wffnatlbnk,    Po Box 94498,    Las Vegas, NV 89193-4498

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2016 23:24:05      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2016 23:24:02      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
515902653      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 27 2016 23:37:00
                American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                Oklahoma City, OK 73124-8838
515584189     +Fax: 602-659-2196 Jul 27 2016 23:39:20      Chexsystems, Inc.,    Attn: Customer Relations,
                7805 Hudson Road, Suite 100,    Woodbury, MN 55125-1703
515813985      E-mail/Text: mrdiscen@discover.com Jul 27 2016 23:23:03      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515584190     +E-mail/Text: mrdiscen@discover.com Jul 27 2016 23:23:03      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
515584193     +E-mail/Text: HWIBankruptcy@hunterwarfield.com Jul 27 2016 23:24:08      Hunter Warfield,
                4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
515813487     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 27 2016 23:29:20
                PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
515584204     +E-mail/Text: bankruptcyteam@quickenloans.com Jul 27 2016 23:24:28      Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515584186*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
515584188*    +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
515584205*    +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jul 27, 2016
                              Form ID: 137               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2016 at the address(es) listed below:
          Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
           maraujo@atkinsondebartolo.org
          Bunce Atkinson     bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Jonathan Goldsmith Cohen    on behalf of Debtor Kenneth D. Boothe, Jr. imclawgroupecf@gmail.com
          Joshua I. Goldman    on behalf of Creditor  Quicken Loans Inc. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert M. Kline    on behalf of Creditor   Quicken Loans Inc. rmklinelaw@aol.com
                                                                                             TOTAL: 5
```