UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  KENNETH D. BOOTHE, JR.,

Case No.: 15-21818
Chapter: 7
Judge: KCF

**NOTICE OF PROPOSED ABANDONMENT**

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on September 20, 2016 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
30 Red Fox Road, Freehold NJ 07728 ($423,000.00)

5515 Grubb Road, Eerie, PA 16506 ($234,264.00)

Liens on property:
Quicken Loans 1050 Woodward Avenue, Detroit, MI 48226 ($449,594.00 for NJ property)
Quicken Loans 1050 Woodward Avenue, Detroit, MI 48226 ($245,000.00 for PA property)
PNC 2730 Liberty Avenue, Pittsburgh, PA 15222 ($3,722.00 for PA property)

Amount of equity claimed as exempt: $0.00
$0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-21818-KCF
Kenneth D. Boothe, Jr.                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Aug 22, 2016
                              Form ID: pdf905          Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
```
db             +Kenneth D. Boothe, Jr.,    30 Red Fox Road,   Freehold, NJ 07728-8165
515866575       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515584184      +Amex,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
515584185     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
515839124       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
515584187      +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
515941806       Citibank, N.A.,   c/o Quantum3 Group LLC,   PO Box 280,   Kirkland, WA  98083-0280
515584191      +Equifax,   PO Box 740241,   Atlanta, GA 30374-0241
515584192      +Experian,   Profile Maintenance,   PO Box 9558,   Allen, TX 75013-9558
515584194      +NJ Motor Vehicle Commission,   PO Box 160,   Trenton, NJ 08666-0160
515584195       NJSVS,   PO Box 4850,   Trenton, NJ 08650-4850
515584203      +P N C,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
515584196      +PaySmart USA,   400 International Parkway, Suite 150,   Lake Mary, FL 32746-5069
515584197      +Richard M. Squire & Associates, LLC,   One Jenkintown Stataion,   115 West Avenue, Suite 104,
                 Jenkintown, PA 19046-2031
515584198      +Sears/Cbna,   Po Box 6283,   Sioux Falls, SD 57117-6283
515887028       Surcharge Administrative Office,   POB 136,   Trenton, NJ  08666-0136
515584199      +Thd/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
515584200      +Trans Union Corporation,   Public Records Department,   555 West Adams St.,
                 Chicago, IL 60661-3631
515584201      +Verizon Wireless,   Bankruptcy Administration,   500 Technology Drive, Suite 550,
                 Saint Charles, MO 63304-2225
515911209       Wells Fargo Bank NA,   PO Box 10438,   Des Moines IA   50306-0438
515584202      +Wffnatlbnk,   Po Box 94498,   Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 22 2016 23:12:40     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 22 2016 23:12:36     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515902653       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 22 2016 23:15:07
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
515584189      +Fax: 602-659-2196 Aug 22 2016 23:08:36     Chexsystems, Inc.,   Attn: Customer Relations,
                 7805 Hudson Road, Suite 100,   Woodbury, MN 55125-1703
515813985       E-mail/Text: mrdiscen@discover.com Aug 22 2016 23:11:50     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
515584190      +E-mail/Text: mrdiscen@discover.com Aug 22 2016 23:11:50     Discover Fin Svcs Llc,
                 Po Box 15316,   Wilmington, DE 19850-5316
515584193      +E-mail/Text: HWIBankruptcy@hunterwarfield.com Aug 22 2016 23:12:43     Hunter Warfield,
                 4620 Woodland Corporate Blvd,   Tampa, FL 33614-2415
515813487      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 22 2016 23:07:12
                 PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
515584204      +E-mail/Text: bankruptcyteam@quickenloans.com Aug 22 2016 23:12:58     Quicken Loans,
                 1050 Woodward Ave,   Detroit, MI 48226-1906
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515584186*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
515584188*     +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
515584205*     +Quicken Loans,   1050 Woodward Ave,   Detroit, MI 48226-1906
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 22, 2016
                              Form ID: pdf905          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
              Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce  Atkinson     bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Jonathan  Goldsmith Cohen    on behalf of Debtor Kenneth D. Boothe, Jr. imclawgroupecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor   Quicken Loans Inc. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Robert M. Kline    on behalf of Creditor   Quicken Loans Inc. rmklinelaw@aol.com
                                                                                                 TOTAL: 5
```