UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Atkinson & DeBartolo, P.C.
Post Office Box 8415
2 Bridge Avenue, The Galleria
Red Bank, New Jersey 07701
(732) 530-5300; fax (732) 530-9877
BA9186
Bunce D. Atkinson

**Order Filed on September 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

KENNETH D. BOOTHE, JR,

Debtor.

| | |
|---|---|
| Case No.: | 15-21818 |
| Hearing Date: | 9/15/16 at 2:30pm |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 20, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Atkinson & DeBartolo, P.C | $2,994.00 | $22.50 |

*rev. 7/1/04 jml*