| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Atkinson & DeBartolo, P.C.<br>Post Office Box 8415<br>2 Bridge Avenue, The Galleria<br>Red Bank, New Jersey 07701<br>(732) 530-5300; fax (732) 530-9877<br>BA9186<br>Bunce D. Atkinson | |
| In Re:<br><br>KENNETH D. BOOTHE, JR,<br><br>Debtor. | Case No.: 15-21818<br><br>Hearing Date: 9/15/16 at 2:30pm<br><br>Judge: Kathryn C. Ferguson<br><br>Chapter: 7 |

Order Filed on September 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 20, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

      ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Atkinson & DeBartolo, P.C | $2,994.00 | $22.50 |

*rev. 7/1/04 jml*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth D. Boothe, Jr.  
     Debtor

Case No. 15-21818-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 21, 2016  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2016.  
db          +Kenneth D. Boothe, Jr.,    30 Red Fox Road,    Freehold, NJ 07728-8165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2016 at the address(es) listed below:  
        Bunce Atkinson    on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com, maraujo@atkinsondebartolo.org  
        Bunce Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
        Jonathan Goldsmith Cohen    on behalf of Debtor Kenneth D. Boothe, Jr. imclawgroupecf@gmail.com  
        Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Robert M. Kline    on behalf of Creditor    Quicken Loans Inc. rmklinelaw@aol.com  
                                                                              TOTAL: 5