UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
BOOTHE, KENNETH D., JR.

Order Filed on November 14, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 15-21818-KCF

Debtor(s)

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __14__ day of __November__, 20_16_, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $5,871.29 is reasonable compensation for the services in this case by Bunce D. Atkinson, Trustee, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

**DATED: November 14, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge