UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
BOOTHE, KENNETH D., JR.

Case No. 15-21818-KCF

**Order Filed on November 14, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Debtor(s)

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this __14__ day of __November__, 20__16__, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $5,871.29 is reasonable compensation for the services in this case by Bunce D. Atkinson, Trustee, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

**DATED: November 14, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Kenneth D. Boothe, Jr.  
     Debtor

Case No. 15-21818-KCF  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 15, 2016  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.  
db          +Kenneth D. Boothe, Jr.,   30 Red Fox Road,    Freehold, NJ 07728-8165

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:
           Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
            araujo@atkinsondebartolo.org
           Bunce  Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
           Jonathan  Goldsmith Cohen    on behalf of Debtor Kenneth D. Boothe, Jr. imclawgroupecf@gmail.com
           Joshua I. Goldman    on behalf of Creditor    Quicken Loans Inc. jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Robert M. Kline    on behalf of Creditor    Quicken Loans Inc. rmklinelaw@aol.com
                                                                                                                             TOTAL: 5